# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORNE LEROY SCOTT<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>CAMMILLA WAMSLEY, et al.<br><br>　　　　　　　　Respondent | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:25-cv-1819-TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　The Petition for writ of habeas corpus is DENIED in part and GRANTED in part with the relief ordered in Dkt. 19.

　　Dated December 9, 2025.

　　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　*/s/Bridget Peterson*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk